FILED
JUL 1 2 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | **4:18CR00595 ERW/SPM** |
| ADDRIAN MCKISSIC, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 21, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**ADDRIAN MCKISSIC,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, each of which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about April 21, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**ADDRIAN MCKISSIC,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute in excess

of 50 grams or more of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(B).

### COUNT THREE

The Grand Jury further charges that:

On or about April 21, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**ADDRIAN MCKISSIC,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substances, as charged in Count Two.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney